UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Robert Elguezabal**,

    Plaintiff,

v.

**Luria Moors Foreman,** in individual and representative capacity as trustee of the Luria Moors Foreman Living Trust;
**Joseph R. Moors**;
**Joey's Bar-B-Q, Inc.,** a California Corporation; and Does 1 – 10,

    Defendants

**Case:** EDCV 16-2645-GW(SPx)

Judgment Re: Plaintiff's Motion for an Award of Attorneys' fees and Litigation expenses

Following the Court's ruling on August 13, 2018, the Court grants JUDGMENT in favor of plaintiff Robert Elguezabal and against defendants Luria Moors Foreman, Joseph R. Moors and Joey's Bar-B-Q, Inc. in the amount of $20,894.30 in attorneys' fees and $1,968.18 in costs –totaling $22,862.48.

Dated: August 22, 2018

                           */s/ George H. Wu*
                        Hon. GEORGE H. WU
                        United States District Judge